### BROWN v. THE STATE.

(Decided May 20, 1915.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WILLIAM E. FORT.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

THOMAS, J.—No bill of exceptions and no error apparent of record. Affirmed.

ANDERSON, C. J., and MAYFIELD and SOMERVILLE, JJ., concur.

---

### CARTER v. THE STATE.

(Decided May 13, 1915.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WILLIAM E. FORT.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

ANDERSON, C. J., —No bill of exceptions and no error of record. Affirmed.

All the Justices concur.

---

### CHABERT, ET AL. v. HENLEY, ET AL.

(Decided February 4, 1915.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. A. H. BENNERS.

DAVIS & FITE, and LACEY & LACEY, for appellant. RAY & COONER, for appellee.

Per curiam. Affirmed on authority of former report in 189 Ala. 258, 65 South. 993.

---

### CREAMER v. BLISS.

(Decided April 6, 1915.)

APPEAL from Baldwin Circuit Court.

Heard before Hon. A. E. GAMBLE.

No counsel marked for either party.

Per curiam. Affirmed on certificate.